**Order entered October 23, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00708-CV

## IN RE DAVID REISS, Relator

**Original Proceeding from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-02498**

## ORDER
Before Justices Myers, Molberg, and Evans

Before the Court is relator's October 22, 2020 "Agreed Motion to Extend Deadline in October 15, 2020 Opinion." In the motion, relators ask this Court to grant a ten-day extension for the 191st Judicial District Court to rule on the pending motions specified in our October 15, 2020 opinion and order. We **GRANT** the motion, and **DIRECT** the 191st Judicial District Court to file with the Clerk of the Court, by **November 3, 2020**, a certified copy of its orders evidencing compliance with this Court's October 15, 2020 opinion and order.

/s/    KEN MOLBERG
            JUSTICE